James S. SILVERIA, Plaintiff—
Appellant,

v.

UNITED STATES of America,
Defendant—Appellee.

No. 01–15070.

D.C. No. CV–00–00525–SPK.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 14, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

James S. Silveria appeals pro se the district court's dismissal as frivolous of his action against the United States seeking money from the "U.N. Sovereign." Silveria seeks $100 billion per year in compensation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal of a complaint for failure to state a claim, *see Partnership Exch. Sec. v. NASD,* 169 F.3d 606, 608 (9th Cir.1999), and we affirm for the reasons stated in the district court's order entered on November 30, 2000.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.